GLADYS LIEBERMAN, Respondent, v. MAURICE B. LIEBERMAN, Appellant.

Submitted May 15, 1944; decided May 25, 1944.

*Jacob Burns* and *Henry L. Finkelstein* for motion.
*Louis A. Tepper* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the order does not finally determine the action within the meaning of the Constitution.